UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

LINETTE COOPER, *et al.*,           )
                                    )
            Plaintiffs,              )
                                    )
       vs.                          )
                                    )
PRAXAIR, INC., *et al.*             ) No. 4:07-CV-1189 CEJ
                                    )
            Defendants.              )


## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiffs' motion to stay consideration of the motion to dismiss [# 27] is **denied.**

**IT IS FURTHER ORDERED** that defendants' motion [# 32] for leave to file a response to plaintiffs' motion to remand and a reply in support of defendants' motion to dismiss is **granted.** The response and reply will be due on **August 31, 2007.**

**IT IS FURTHER ORDERED** that any reply in support of plaintiffs' motion to remand will be due on **September 10, 2007.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of August, 2007.